ALBANY,
Feb. 18*0.

NOBLE *against* SMITH AND OTHERS.

M'INTYRE
v.
WOODS.

THE sheriff of *Albany*, had been served with a *habeas corpus ad testificandum*, to bring up one J. S. in his custody, on a *ca. sa.* to testify in this cause. The sheriff returned that he had the body of the said J. S. *in execution*, and could not, therefore, return him, as required by the writ.

*A sheriff is bound to bring up a person in his custody on execution, to testify in a civil suit, on being tendered the expenses for bringing up and returning the prisoner.*

*Per Curiam.* It is settled, that it is not an escape for a sheriff to bring up, on a *hab. corp. ad test.* a prisoner, in his custody on execution in a civil suit, to testify. (3 *Esp. Cases*, 283. 3 *Burr.* 1440. 4 *East*, 587.) The sheriff is bound to bring up the prisoner in such case, on the party who sues out the writ, tendering to him his expenses for bringing up and returning the prisoner.

*J. Russel*, for the plaintiff.

*Southwick*, contra.